*JUDGE CROTTY*

164149.1

Milton Springut (MS6571)
Tal S. Benschar (TSB0838)
KALOW & SPRINGUT LLP
488 Madison Avenue
New York, New York 10022
(212) 813-1600

**07 CV 11476**

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
VAN CLEEF & ARPELS, S.A.,
VAN CLEEF & ARPELS, INC. and
VAN CLEEF & ARPELS DISTRIBUTION, INC., :

      Plaintiffs,            :    No.

      v.                        :    **DISCLOSURE PURSUANT TO**
                                :    **RULE 7.1 AND LOCAL CIVIL**
HEIDI KLUM GmbH and                      :    **RULE 1.9**
MOUAWAD USA, INC.,                       :

      Defendants.           :
-----------------------------------------------------------x

      Pursuant to Federal Rules of Civil Procedure Rule 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs (private non-governmental parties) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

      Compagnie Financiere Richemont, S.A.

      Richemont S.A., Luxembourg

      Respectfully submitted,

      KALOW & SPRINGUT LLP

Dated: December 21, 2007

By: *Milton Springut*
      Milton Springut (MS6571)
      Tal S. Benschar (TSB0838)

[Stamp: RECEIVED DEC 21 2007 U.S.D.C. S.D.N.Y. CASHIERS]