# KALOW & SPRINGUT LLP
### ATTORNEYS AT LAW

488 MADISON AVENUE • NEW YORK, NY 10022
212 813-1600 • FAX 212 813-9600 • INFO@CREATIVITY-LAW.COM

**Milton Springut**
ms@creativity-law.com

**VIA FACSIMILE**
February 13, 2008

Hon. Shira A. Scheindlin
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

Re:  *Van Cleef & Arpels Logistics, S.A., et al. v. Heidi Klum, GmbH et al.*
     Civil Action No. 07-CV-11476 (SAS)

Dear Judge Scheindlin:

We represent Plaintiffs in the above action. An initial conference is currently scheduled for February 19, 2008. We write to request that this date be adjourned for the following reasons:

First, none of the defendants have been served. Shortly after filing the Complaint, we sent a courtesy copy of same to each of the Defendants, inviting them to negotiate the issues raised.

Second, since that time, the parties have in fact engaged in serious settlement discussions. The parties would prefer to work on this avenue of resolution before incurring litigation expenses.

We have conferred with counsel for the principal defendant, and he concurs that an adjournment would be appropriate.

We accordingly request that the initial conference be adjourned by about two months, until some time in mid-April. If the case is not resolved through settlement, we will have then served the defendants and can proceed with the initial conference and setting a discovery schedule.

Respectfully submitted,

KALOW & SPRINGUT LLP

*Milton Springut*

Milton Springut
cc:   Craig J. Albert, Esq. (via facsimile)

167956.1

---

*[Handwritten order:]* Plaintiffs' request is granted. The initial conference previously scheduled for Feb. 19, 2008 is adjourned to April 14, 2008, at 4:30 p.m. There will be NO further adjournments.

SO ORDERED:

Date: Feb 13, 2008

Shira A. Scheindlin, USDJ

TOTAL P.002