UNITED STATES DISTRICT COURT
Southern District of New York

Index #07 CV 11476
Date Filed: 12/21/07

VAN CLEEF & ARPELS LOGISTICS, S.A., VAN CLEEF & ARPELS, Inc. and VAN CLEEF & ARPELS DISTRIBUTION, INC.,

Plaintiff(s),

-against-

HEIDI KLUM GmbH and MOUAWAD USA, INC.,

Defendant(s).

STATE OF NEW YORK )
: SS.:
COUNTY OF ALBANY )

Susan Palmer-Moore being duly sworn, deposes and says:
Deponent is over the age of eighteen years and is a resident of New York State. That on March 11, 2008 at approximately 1:55 PM deponent served the following specific papers pursuant to Section 306 of the Business Corporation Law: Summons in a Civil Case and Complaint

that the corporation served was:

MOUAWAD USA, INC., a foreign business corporation, as one of the defendant(s), in this action, by personally serving two copies of the aforesaid papers at the office of the Department of State, located in the City of Albany, New York by delivering to and leaving the papers with Carol Vogt, a white female with brown hair, being approximately: 45-59 years of age; height of 5'2"-5'10"; weight of 101-130 lbs., being an authorized person in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service deponent paid to the Secretary of State the fee prescribed by Law in the amount of $40.00.

_____
Susan Palmer-Moore

Sworn to before me
March 11, 2008

_____
Maureen P. TenEyck
Commission expires on 11/26/2008
Notary Public State of New York
Appointed in County of Rensselaer
Registration Number 01TE6119365