UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

VAN CLEEF & ARPELS, S.A.,　　　　　　　　　07-CV-11476 (SAS)
VAN CLEEF & ARPELS, INC., and
VAN CLEEF & ARPELS DISTRIBUTION, INC.　　**NOTICE OF APPEARANCE**

　　　　　　　　　Plaintiffs,　　　　　　　　　　**ECF CASE**

　　vs.

HEIDI KLUM GmbH and
MOUAWAD USA, INC.

　　　　　　　　　Defendants.
------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that attorney, John T. Williams, hereby appears as counsel in the above-captioned action on behalf of Defendant, Mouawad, USA, Inc., and respectfully requests electronic notification of all filings under the Court's Electronic Case Filing system. The contact information for Mr. Williams is provided below:

>　John T. Williams
>　Locke Lord Bissell & Liddell LLP
>　(312) 443-0371
>　(312) 896-6371  (fax)
>　jwilliams@lockelord.com

Dated: Chicago, Illinois
　　　　March 31, 2008

　　　　　　　　　　　　　　　　　　　s/John T. Williams_____
　　　　　　　　　　　　　　　　　　　John T. Williams (JW-9928)
　　　　　　　　　　　　　　　　　　　LOCKE LORD BISSELL & LIDDELL LLP
　　　　　　　　　　　　　　　　　　　Attorneys for Mouawad, USA, Inc.
　　　　　　　　　　　　　　　　　　　111 South Wacker Drive
　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　(312) 443-0371