GREGORY T. CASAMENTO (GTC-5273)
LOCKE LORD BISSELL & LIDDELL LLP
885 Third Avenue
New York, NY  10119
(212) 947-4700
(212) 947-1202 (fax)

JOHN T. WILLIAMS (JTW-9928)
LOCKE LORD BISSELL & LIDDELL LLP
111 S. Wacker Drive
Chicago, IL 60606
(312) 443-0371
(312) 896-6371 (fax)

*Attorneys for Defendant*
*Mouawad USA, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
VAN CLEEF & ARPELS, S.A.,
VAN CLEEF & ARPELS, INC., and
VAN CLEEF & ARPELS DISTRIBUTION, INC.

                              Plaintiffs,              07-CV-11476 (SAS)

    vs.

HEIDI KLUM GmbH and
MOUAWAD USA, INC.

                              Defendants.
---------------------------------------------------------------- x

## **DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT**

       Pursuant to Rule 7.1, Fed. R. Civ. P., defendant Mouawad USA, Inc. advises the Court as follows:

       1.     Mouawad USA, Inc. does not have a parent corporation.

       2.     No publicly held corporation owns ten percent or more of the stock of Mouawad USA, Inc.

Dated:  March 31, 2008

                                                  _____

GREGORY T. CASAMENTO (GTC-5273)
LOCKE LORD BISSELL & LIDDELL LLP
885 Third Avenue
New York, NY  10119
(212) 947-4700
(21) 947-1202 (fax)
gcasamento@lockelord.com

JOHN T. WILLIAMS (JTW-9928)
LOCKE LORD BISSELL & LIDDELL LLP
111 S. Wacker Drive
Chicago, IL 60606
(312) 443-0371
(312) 896-6371 (FAX)
jwilliams@lockelord.com

*Attorneys for Defendant*
*Mouawad USA, Inc.*

## CERTIFICATE OF SERVICE

    I, John T. Williams, hereby certify that on this 31st day of March, 2008, a copy of the foregoing **DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                  _____

CHI1 1472544v.1