GREGORY T. CASAMENTO (GTC-5273)
LOCKE LORD BISSELL & LIDDELL LLP
885 Third Avenue
New York, NY  10119
(212) 947-4700
(212) 947-1202 (fax)

JOHN T. WILLIAMS (JTW-9928)
LOCKE LORD BISSELL & LIDDELL LLP
111 S. Wacker Drive
Chicago, IL 60606
(312) 443-0371
(312) 896-6371 (fax)

*Attorneys for Defendant*
*Mouawad USA, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- x

VAN CLEEF & ARPELS, S.A.,                     07-CV-11476 (SAS)
VAN CLEEF & ARPELS, INC., and
VAN CLEEF & ARPELS DISTRIBUTION, INC.    **MOTION TO DISMISS**
                                          **COMPLAINT OF DEFENDANT**
                      Plaintiffs,         **MOUAWAD USA, INC.**

      vs.

HEIDI KLUM GmbH and                       **DISPOSITIVE MOTION**
MOUAWAD USA, INC.

                      Defendants.
----------------------------------------------------------------- x

      Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Mouawad

USA, Inc. ("Mouawad") moves for an Order dismissing the Complaint herein because the

Complaint fails to state a claim upon which relief can be granted (Fed. R. Civ. P. 12(b)(6)).

      A Memorandum in Support of this Motion is being simultaneously filed herewith by

Mouawad.

Date:   March 31, 2008

s/John T. Williams

GREGORY T. CASAMENTO (GTC-5273)
LOCKE LORD BISSELL & LIDDELL LLP
885 Third Avenue
New York, NY  10119
(212) 947-4700
(21) 947-1202 (fax)
gcasamento@lockelord.com

JOHN T. WILLIAMS (JTW-9928)
LOCKE LORD BISSELL & LIDDELL LLP
111 S. Wacker Drive
Chicago, IL 60606
(312) 443-0371
(312) 896-6371 (FAX)
jwilliams@lockelord.com

***Attorneys for Defendant
Mouawad USA, Inc.***

## CERTIFICATE OF SERVICE

I, John T. Williams, hereby certify that on this 31st day of March, 2008, a copy of the

foregoing **MOTION TO DISMISS COMPLAINT OF DEFENDANT MOUAWAD USA,**

**INC.** was filed electronically.  Notice of this filing will be sent to all parties by operation of the

Court's electronic filing system.  Parties may access this filing through the Court's system.

_s/John T. Williams

CHI1 1471982v.1

2