UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

VAN CLEEF & ARPELS, S.A.,  
VAN CLEEF & ARPELS, INC., and  
VAN CLEEF & ARPELS DISTRIBUTION, INC.

Plaintiffs,

vs.

HEIDI KLUM GmbH and  
MOUAWAD USA, INC.

Defendants.

------------------------------------------------------------ x

07-CV-11476 (SAS)

**NOTICE OF APPEARANCE**

**ECF CASE**

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that attorney, Greg T. Casamento, hereby appears as counsel in the above-captioned action on behalf of Defendant, Mouawad, USA, Inc., and respectfully requests electronic notification of all filings under the Court's Electronic Case Filing system. The contact information for Mr. Casamento is provided below:

> GREGORY T. CASAMENTO (GTC-5273)  
> LOCKE LORD BISSELL & LIDDELL LLP  
> 885 Third Avenue  
> New York, NY 10119  
> (212) 947-4700  
> (212) 947-1202 (FAX)

Dated: New York, NY  
       March 31, 2008

> s/Greg T. Casamento  
> GREGORY T. CASAMENTO (GTC-5273)  
> LOCKE LORD BISSELL & LIDDELL LLP  
> 885 Third Avenue  
> New York, NY 10119  
> (212) 947-4700  
> (212) 947-1202 (FAX)  
> gcasamento@lockelord.com