GREGORY T. CASAMENTO (GTC-5273)
LOCKE LORD BISSELL & LIDDELL LLP
885 Third Avenue
New York, NY 10119
(212) 947-4700
(212) 947-1202 (FAX)

JOHN T. WILLIAMS (JTW-9928)
LOCKE LORD BISSELL & LIDDELL LLP
111 s. WACKER DRIVE
CHICAGO, IL 60606
(312) 443-0371
(312) 896-6371 (FAX)

**Attorneys for Defendant
Mouawad USA, Inc.**

United States District Court
SOUTHERN DISTRICT OF NEW YORK



------------------------------------------------------------- x

VAN CLEEF & ARPELS, S.A.,
VAN CLEEF & ARPELS, INC., and
VAN CLEEF & ARPELS DISTRIBUTION, INC.

      Plaintiffs,      07-CV-11476 (SAS)

 vs.            **ORDER FOR ADMISSION
                   PRO HAC VICE**

HEIDI KLUM GmbH and
MOUAWAD USA, INC.

      Defendants.
------------------------------------------------------------- x

Upon request of Gregory T. Casamento, attorney for Defendant Mouawad USA, Inc. ("Mouawad"), and with consent of all parties to this action;

**IT IS HEREBY ORDERED** that:

Jason Nash
111 South Wacker Drive
Chicago, IL 60606
Direct Telephone: 312-443-0256
Direct Fax: 312-896-6256
jnash@lockelord.com

CHI1 1475628v.1

is admitted to practice *pro hac vice* as counsel for Defendant Mouawad in the above captioned case in the Untied States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: April 9, 2008
New York, New York

SHIRA A. SCHEINDLIN
United States District Judge