

# ZUSTELLUNGSZEUGNIS / ATTESTATION / CERTIFICATE

Die unterzeichnete Behörde beehrt sich, nach Artikel 6 des Übereinkommens zu bescheinigen,
The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention.

1. daß der Antrag erledigt worden ist *) / that the document has been served *) / que la demande a été exécutée *)
   - am (Datum): - the (date): / le (date):   9 th of April 2008
   - in (Ort, Straße, Nummer): - at (place, street, number): / - à (localité, rue, numéro):
     **Dellbrücker Straße 63, 51469 Bergisch Gladbach**
     (Service by Post Box is not permitted)

   - in einer der folgenden Formen nach Artikel 5: - in one of the following methods authorised by article 5: / dans une des formes suivantes prévues à l'article 5:
     a) in einer der gesetzlichen Formen (Artikel 5 Absatz 1 Buchstabe a) *) / selon les formes légales (article 5, alinéa premier, lettre a) *).
        in accordance with the provisions of sub-paragraph a) of the first paragraph of article 5 of the Convention *).
     ~~b) in der folgenden besonderen Form *): / in accordance with the following particular method *): / selon la forme particulière suivante *):~~

     ~~c) durch einfache Übergabe *): / by delivery to the addressee, who accepted it voluntarily *) / par remise simple *).~~

   Die in dem Antrag erwähnten Schriftstücke sind übergeben worden an:
   The documents referred to in the request have been delivered to: / Les documents mentionnés dans la demande ont été remis à:
   - (Name und Stellung der Person): - (identity and description of person): / - (identité et qualité de la personne):

   **Ersatzzustellung gemäß § 180 Zivilprozessordnung (ZPO)**
   **Substituted service in accordance with Section 180 of the German Code of Civil (ZPO)**

   - Verwandschafts-, Arbeits- oder sonstiges Verhältnis zum Zustellungsempfänger:
     relationship to the addressee, (familiy, buisness or other): / liens de parenté, de subordination ou autres, avec le destinataire de l'acte:

2. ~~daß der Antrag aus folgenden Gründen nicht erledigt werden konnte *):~~
   ~~that the document has not been served, by reason of the following facts *): / que la demande n'a pas été exécutée, en raison des faits suivants *):~~

~~Nach Artikel 12 Absatz 2 des Übereinkommens wird die ersuchende Stelle gebeten, die Auslagen, die in der beiliegenden Aufstellung im einzelnen angegeben sind, zu zahlen oder zu erstatten *).~~
~~In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement *).~~
~~Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint *).~~

Anlagen / Annexes / Annexes
Zurückgesandte Schriftstücke: / Documents returned: / Pièces renvoyées:

Gegebenenfalls Erledigungsstücke:
In appropriate cases, documents establishing the service:
Le cas échéant, les documents justificatifs de l'exécution:

Ausgefertigt in 51429 Bergisch Gladbach
Done at / Fait à
am 11.04.2008
the / le
Unterschrift und/oder Stempel,
Signature and/or stamp / Signature et/ou cachet.
**Amtsgericht Bergisch Gladbach**

-Staubesand-, Rechtspfleger



*) Unzutreffendes streichen. / Delete if inappropriate. / Rayer les mentions inutiles.

## SUMMARY OF THE DOCUMENT TO BE SERVED
*ÉLÉMENTS ESSENTIELS DE L'ACTE*

**Convention on the service abroad of judicial and extrajudicial documents In civil or commercial matters, signed at The Hague, November 15, 1965.**

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

**(article 5, fourth paragraph)**
*(article 5, alinéa quatre)*

**Name and address of the requesting authority:**
*Nom et adresse de l'autorité requérante:*

Milton Springut (as counsel for Plaintiffs and officer of the U.S. District Court for the Southern District of New York, and pursuant to Rules 4(c) and 4(h), Federal Rules of Civil Procedure.) 488 Madison Avenue, Suite 1900, NY, NY 10022.

**Particulars of the parties:**
*Identité des parties:*

VAN CLEEF & ARPELS, S.A., VAN CLEEF & ARPELS, INC. and VAN CLEEF & ARPELS DISTRIBUTION, INC.

### JUDICIAL DOCUMENT
*ACTE JUDICIA IRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:*

Summons and Complaint initiating civil action.

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige:*

Trademark and Copyright Dispute.

**Date and place for entering appearance:**
*Date et lieu de la comparution:*

United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007.

**Court which has given judgment**\*\*:
*Juridiction qui a rendu la décision:*

N/A

**Dale of judgment**\*\*:
*Date de la décision:*

N/A

**Time limits stated in the document**\*\*:
*Indication des délais figurant dans l'acte:*

20 days to Answer.

### EXTRAJUDICIAL DOCUMENT
*ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:*

_____

**Time limits stated in the document:**\*\*
*Indication des délais figurant dans l'acte:*

_____