JOHN T. WILLIAMS (JTW-9928)
JASON NASH (*admitted pro hac vice*)
HINKHOUSE WILLIAMS WALSH LLP
180 North Stetson
Suite 3500
Chicago, IL 60601
(312) 268-5767
(312) 268-5801 (fax)

GREGORY T. CASAMENTO (GTC-5273)
LOCKE LORD BISSELL & LIDDELL LLP
885 Third Avenue
New York, NY 10119
(212) 947-4700
(212) 947-1202 (fax)

*Attorneys for Defendant*
*Mouawad USA, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
VAN CLEEF & ARPELS, S.A.,
VAN CLEEF & ARPELS, INC., and
VAN CLEEF & ARPELS DISTRIBUTION, INC.

Plaintiffs,

vs.

HEIDI KLUM GmbH and
MOUAWAD USA, INC.

Defendants.
------------------------------------------------------------------ x

07-CV-11476 (SAS)

**NOTICE OF CHANGE OF FIRM AND ADDRESS**

Pursuant to Rule 1.3(d) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, John T. Williams, counsel for Defendant Mouawad USA, Inc., hereby notifies the Court and all parties to this matter that effective immediately his law firm association has changed to HINKHOUSE WILLIAMS WALSH LLP at the below address.

Date:   May 2, 2008

s/John T. Williams

JOHN T. WILLIAMS (JTW-9928)
JASON NASH (*admitted pro hac vice*)
HINKHOUSE WILLIAMS WALSH LLP
180 North Stetson
Suite 3500
Chicago, IL 60601
(312) 268-5767
(312) 268-5801 (fax)
jwilliams@hww-law.com

GREGORY T. CASAMENTO (GTC-5273)
LOCKE LORD BISSELL & LIDDELL LLP
885 Third Avenue
New York, NY  10119
(212) 947-4700
(21) 947-1202 (fax)
gcasamento@lockelord.com

*Attorneys for Defendant*
*Mouawad USA, Inc.*

## CERTIFICATE OF SERVICE

I, John T. Williams, hereby certify that on this 2nd day of May, 2008, a copy of the foregoing **NOTICE OF CHANGE OF FIRM AND ADDRESS** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/John T. Williams