UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VAN CLEEF & ARPELS, S.A., and )
VAN CLEEF & ARPELS, INC. )
                              )
            Plaintiffs,       )   07 Civ. 11476 (SAS)
                              )
    v.                        )   STIPULATION FOR
                              )   EXTENSION OF TIME
HEIDI KLUM GMBH, and          )
MOUAWAD USA, INC.,            )
                              )
            Defendants.       )

**STIPULATION FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel that the time for Defendant Heidi Klum GmbH to move, answer or otherwise respond to the Complaint in this matter shall be extended to and including May 29, 2008.

Dated this 29th day of April, 2008.


ALSTON & BIRD, LLP                      KALOW & SPRINGUT, LLP

By: _____                   By: _____
Karl Geercken (KG 5897)                 Tal S. Benschar (TB 0838)
90 Park Avenue                          488 Madison Avenue
New York, NY 10016                      New York, New York 10022
Tel.: (212) 210-9400                    Tel.: (212) 813-1600
Fax: (212) 210-9444                     *Attorneys for Plaintiffs*
*Attorneys for Defendant*               *Van Cleef & Arpels, S.A., and*
*Heidi Klum, GmbH*                      *Van Cleef & Arpels, Inc.*

HINKHOUSE WILLIAMS WALSH LLP

By: _____
John T. Williams
180 North Stetson, Suite 3500
Chicago, Illinois 60601
Telephone: (312) 268 5767
*Attorneys for Defendant
Mouawad USA, Inc.*

SO ORDERED, the 6 day of May, 2008

_____
United States District Judge