JOHN T. WILLIAMS (JW-9928)
JASON NASH (*admitted pro hac vice*)
HINKHOUSE WILLIAMS WALSH LLP
180 N. Stetson
Chicago, IL 60601
(312) 268-5767
(312) 268-5801 (fax)

GREGORY T. CASAMENTO (GTC-5273)
LOCKE LORD BISSELL & LIDDELL LLP
885 Third Avenue
New York, NY 10119
(212) 947-4700
(212) 947-1202 (fax)

*Attorneys for Defendant*
*Mouawad USA, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

VAN CLEEF & ARPELS, S.A. and
VAN CLEEF & ARPELS, INC.,

                    Plaintiffs,

vs.

HEIDI KLUM GmbH and
MOUAWAD USA, INC.

                    Defendants.

------------------------------------------------------------------x

07-CV-11476 (SAS)

**MOTION TO DISMISS AMENDED COMPLAINT OF DEFENDANT MOUAWAD USA, INC.**

      Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Mouawad USA, Inc. ("Mouawad") moves for an Order dismissing the Amended Complaint herein because the Amended Complaint fails to state a claim upon which relief can be granted (Fed. R. Civ. P. 12(b)(6)).

      A Memorandum in Support of this Motion is being simultaneously filed herewith by Mouawad.

Date:   May 19, 2008

                                s/John T. Williams

JOHN T. WILLIAMS (JW-9928)
JASON NASH (*admitted pro hac vice*)
HINKHOUSE WILLIAMS WALSH LLP
180 N. Stetson
Chicago, IL 60601
(312) 268-5767
(312) 268-5801 (fax)
jwilliams@hww-law.com

GREGORY T. CASAMENTO (GTC-5273)
LOCKE LORD BISSELL & LIDDELL LLP
885 Third Avenue
New York, NY  10119
(212) 947-4700
(21) 947-1202 (fax)
gcasamento@lockelord.com

*Attorneys for Defendant*
*Mouawad USA, Inc.*

## CERTIFICATE OF SERVICE

I, John T. Williams, hereby certify that on this 19th day of May, 2008, a copy of the foregoing **MOTION TO DISMISS AMENDED COMPLAINT OF DEFENDANT MOUAWAD USA, INC.** was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                s/John T. Williams