UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VAN CLEEF & ARPELS, S.A., and<br>VAN CLEEF & ARPELS, INC.,<br><br>          Plaintiffs,<br><br>    v.<br><br>HEIDI KLUM GMBH, and<br>MOUAWAD USA, INC.,<br><br>          Defendants. | 07 Civ. 11476 (SAS)<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

        DEFENDANT HEIDI KLUM GMBH

I certify that I am admitted to practice in this court.

      May 29, 2008
Date

Signature
    Karl Geercken
Print Name
    90 Park Avenue
Address
    New York, NY 10016
City, State, Zip
    (212) 210-9400  (212) 210-9444
Phone          Fax