UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VAN CLEEF & ARPELS, S.A., and VAN CLEEF & ARPELS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HEIDI KLUM GMBH, and MOUAWAD USA, INC., <br><br> Defendants. | 07 Civ. 11476 (SAS) <br><br> **NOTICE OF MOTION** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law dated May 29, 2008, and all prior papers and proceedings had herein, the undersigned counsel for Defendant Heidi Klum GmbH will move this Court on June 24, 2008, or as soon thereafter as the parties may be heard, for an Order: (i) pursuant to Fed. R. Civ. P. 12(b)(6) dismissing the Amended Complaint in its entirety; and (ii) granting Defendant such other and further relief as this Court deems just and proper.

Date:  New York, New York
       May 29, 2008

ALSTON & BIRD LLP

By: _____

Karl Geercken (KG 5897)
90 Park Avenue
New York, NY 10016
Tel. (212) 210-9400
Fax (212) 210-9444

*Attorneys for Defendant
Heidi Klum GmbH*