UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VAN CLEEF & ARPELS, S.A., and VAN CLEEF & ARPELS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HEIDI KLUM GMBH, and MOUAWAD USA, INC., <br><br> Defendants. | 07 Civ. 11476 (SAS) |

## REPLY MEMORANDUM IN FURTHER SUPPORT OF DEFENDANT HEIDI KLUM GMBH'S MOTION TO DISMISS THE AMENDED COMPLAINT

Defendant Heidi Klum GmbH ("Klum GmbH"), by and through its undersigned counsel, hereby submits the following Reply Memorandum of Law in further support of its Motion to Dismiss the Amended Complaint of Plaintiffs Van Cleef & Arpels, S.A. and Van Cleef & Arpels, Inc. (collectively "VCA") for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6).

In further support of its Motion to Dismiss Plaintiffs' Amended Complaint, Klum GmbH hereby adopts and incorporates by reference, in full, the arguments made

- 2 -

by Defendant Mouawad USA, Inc. ("Mouawad") in its Reply Memorandum in Support of Motion to Dismiss Plaintiffs' Amended Complaint filed on May 19, 2008.

Dated: New York, New York
      June 23, 2008

                              ALSTON & BIRD LLP

                By:    s/Karl Geercken

                        Karl Geercken (KG 5897)
                        90 Park Avenue
                        New York, NY 10016
                        Tel. (212) 210-9400
                        Fax (212) 210-9444

                        *Attorneys for Defendant*
                        *Heidi Klum GmbH*