# KALOW & SPRINGUT LLP
## ATTORNEYS AT LAW

488 MADISON AVENUE • NEW YORK, NY 10022
212 813-1600 • FAX 212 813-9600 • INFO@CREATIVITY-LAW.COM



Milton Springut
ms@creativity-law.com

**VIA FACSIMILE**
July 9, 2008

Hon. Shira A. Scheindlin
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

Re: *Van Cleef & Arpels, S.A., et al. v. Heidi Klum, GmbH et al.*
Civil Action No. 07-CV-11476 (SAS)

*Van Cleef & Arpels, S.A., et al. v. QVC, Inc.*
Civil Action No. 08-CIV-5167 (SAS)

Dear Judge Scheindlin:

We represent Plaintiffs Van Cleef & Arpels, S.A. and Van Cleef & Arpels, Inc. ("Plaintiffs" or "VCA") and write in brief response to defendant Mouawad USA, Inc 's ("Mouawad") letter of earlier today.

In light of the state of the settlement negotiations, VCA is amenable to a one-week adjournment of the conference to allow defendants to enter into a signed settlement agreement. We request that the Court adjourn the conference to a date one week later at the Court's earliest convenience.

Respectfully submitted,

KALOW & SPRINGUT LLP

Milton Springut
Counsel for Plaintiffs

cc: Gregory Casamento, Esq. (via facsimile)
John T. Williams, Esq. (via facsimile)
Karl Geercken, Esq. (via facsimile)
Frank Colluci, Esq. (via facsimile)

*[Handwritten: Conference re-scheduled to July 23, 2008 at 4:30 p.m. SO ORDERED; 7/9/08]*

177896.2