# KALOW & SPRINGUT LLP
### ATTORNEYS AT LAW

488 MADISON AVENUE • NEW YORK, NY 10022
212 813-1600 • FAX 212 813-9600 • INFO@CREATIVITY-LAW.COM

DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/28/08

**Milton Springut**
ms@creativity-law.com

**VIA FACSIMILE**
July 23, 2008

Hon. Shira A. Scheindlin
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

RECEIVED
CHAMBERS OF
JUL 23 2008
JUDGE SCHEINDLIN

Re: *Van Cleef & Arpels, S.A., et al. v. Heidi Klum, GmbH et al.*
Civil Action No. 07-CV-11476 (SAS)

*Van Cleef & Arpels, S.A., et al. v. QVC, Inc.*
Civil Action No. 08-CIV-5167 (SAS)

Dear Judge Scheindlin:

We represent Plaintiffs Van Cleef & Arpels, S.A. and Van Cleef & Arpels, Inc. ("Plaintiffs" or "VCA"). A conference is scheduled for later today.

As the Court is aware, the parties are in the midst of settlement negotiations. Unfortunately, we have not received responses to our settlement overtures as quickly as we had hoped.

We request an additional adjournment of the conference to allow defendants to enter into a signed settlement agreement. We request that the Court adjourn the conference to a date approximately one week later at the Court's earliest convenience. We have conferred with all parties and they all agree to the within application.

*Plaintiffs' request is granted. The conference previously scheduled for July 23, 2008 is rescheduled to July 30, 2008 at 4:30pm*

Respectfully submitted,
KALOW & SPRINGUT LLP

Milton Springut
Counsel for Plaintiffs

cc: Gregory Casamento, Esq. (via facsimile)
John T. Williams, Esq. (via facsimile)
Karl Geercken, Esq. (via facsimile)
Frank Colluci, Esq. (via facsimile)

Date: July 25, 2008

SO ORDERED:
Shira A. Scheindlin

179157.1

TOTAL P.002