UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
VAN CLEEF & ARPELS
LOGISTICS, S.A., *et al.*,

               Plaintiffs,

- against -

HEIDI KLUM GMBH, *et al.*,

               Defendants.
------------------------------------------------------- X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

ORDER

07 Civ. 11476 (SAS)

On March 31, 2008, defendant Mouawad USA moved to dismiss the Complaint. On April 10, 2008, plaintiffs filed an Amended Complaint. On April 19, 2008, Mouawad USA moved to dismiss the Amended Complaint. Because it is now moot, the Clerk of the Court is directed to close the March 31, 2008 motion (document no. 9 on the docket sheet).

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
            August 11, 2008

- **Appearances** -

**For Plaintiffs**:

Milton Springut, Esq.
Tal S. Benschar, Esq.
Kalow & Springut LLP
488 Madison Avenue
New York, NY 10022
(212) 813-1600
Fax: (212) 813-9600

**For Defendant Heidi Klum GmbH:**

Karl Geercken, Esq.
Alston & Bird, LLP
90 Park Avenue
New York, NY 10016
(212) 210-9400

**For Defendant Mouawad USA, Inc.:**

Gregory Thomas Casamento, Esq.
Lord, Bissell & Brook, LLP
885 Third Avenue, 26th Flr.
New York, NY 10022-4802
(212) 947-4700

John T. Williams, Esq.
Hinkhouse Williams Walsh LLP
180 North Stetson, Suite 3500
Chicago, IL 60601
(312) 268-5767