UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| VAN CLEEF & ARPELS, S.A., VAN CLEEF & ARPELS, INC., and VAN CLEEF & ARPELS DISTRIBUTION, INC, | **ORDER OF DISCONTINUANCE** |
| Plaintiffs, | 07 Civ. 11476 (SAS) |
| - against - | |
| HEIDI KLUM GmbH and MOUAWAD USA, INC., | |
| Defendants. | |

------------------------------------------------------------x

SHIRA A. SCHEINDLIN, U.S.D.J.:

Plaintiff having notified the Court that the parties have reached a resolution of this action,

IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within thirty days of the date of this Order, counsel for plaintiffs may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   August 28, 2008

- Appearances -

**For Plaintiffs**:

David A. Kalow, Esq.
Milton Springut, Esq.
Tal S. Benschar, Esq.
KALOW & SPRINGUT LLP
488 Madison Avenue
New York, New York 10022
(212) 813-1600

**For Defendant Heidi Klum GmbH:**

Karl Geercken, Esq.
ALSTON & BIRD, LLP
90 Park Avenue
New York, New York 10016
(212) 210-9400

**For Defendant Mouawad USA, Inc.:**

Gregory Thomas Casamento, Esq.
LORD, BISSELL & BROOK, LLP
885 Third Avenue, 26th Flr.
New York, New York 10022
(212) 947-4700

John T. Williams, Esq.
HINKHOUSE WILLIAMS WALSH LLP
180 North Stetson, Suite 3500
Chicago, Illinois 60601
(312) 268-5767